O

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | CIVIL NO. L-05-cv-122 |
| § | CRIMINAL NO. 03-cr-00343 |
| § | |
| § | |
| REYMUNDO ARROYO § | |

### ORDER OF REINSTATEMENT

Pending before the Court is Petitioner's Motion to Reinstate [Doc. No. 4]. After due consideration, the motion is hereby **GRANTED**. Petitioner's cause of action, as styled above, is reinstated. Therefore, Petitioner's Motion to Vacate, Set Aside or Correct Sentence [Doc. No. 1] is once again pending before the Court.

IT IS SO ORDERED.

DONE this 11th day of August, 2005, at Laredo, TX.

_____
UNITED STATES DISTRICT JUDGE